UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES S BOLING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-cv-02208-TWP-MG |
| | ) |
| DUANE BURGESS, | ) |
| | ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On July 25, 2023 he Magistrate Judge submitted his Report and Recommendation recommending this case be **DISMISSED** *sua sponte* as a sanction under Rule 41(b) due to Plaintiff's apparent disinterest in further prosecuting this case. (Dkt. 91). It appears that Plaintiff has not been in contact with counsel and Plaintiff's counsel has not reported that his client's whereabouts have been discovered. Nearly 30 days have passed since the recommendation for dismissal was filed. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation, and this case is dismissed. Final judgment is issued in a separate order.

IT IS SO ORDERED.

Date: 8/21/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

William W. Barrett
WILLIAMS BARRETT & WILKOWSKI LLP
wbarrett@wbwlawyers.com

Jacob Garrett Bowman
WILLIAMS BARRETT & WILKOWSKI LLP
jbowman@wbwlawyers.com

Terrance Lamont Kinnard
Kinnard Rowley Powers Jimenez
tkinnard@krpjlaw.com

Daniel J. Paul
WILLIAMS BARRETT & WILKOWSKI LLP
dpaul@wbwlawyers.com